**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| UNITED STATES OF AMERICA. | Civil No. 10-1925 (JRT/SRN) |
| Plaintiff, | |
| v. | **DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE** |
| $12,364.00 IN U.S. CURRENCY, | |
| Defendant. | |

_____

James Alexander, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Based on the motion of the United States for an order granting default judgment against Steven Christopher Bickes and all unknown persons and entities having an interest in the defendant currency and for a final order of forfeiture; on all the files and records in this action; and on Court's finding as follows that:

1. A verified Complaint for Forfeiture *In Rem* with supporting Affidavit of Rick Waldon was filed on April 30, 2010, alleging that the defendant currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6);

2. A Warrant of Arrest and Notice *In Rem* was issued by the Clerk of Court on April 30, 2010, directing the U.S. Marshal to arrest the defendant currency;

3. On May 11, 2010, the U.S. Attorney's Office served Steven Christopher Bickes through his attorney Bill Sherry with copies of the Complaint for Forfeiture *In Rem* and supporting Affidavit, the Verification, Warrant of Arrest and Notice *In Rem*, and the Notice of Judicial Forfeiture Proceedings, via certified mail;

4. A Notice of Civil Forfeiture was posted by the United States on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, giving notice to all unknown interested persons and entities of the verified statement and answer requirements;

5. No verified statement of interest in or right against the defendant currency or answers to the Complaint for Forfeiture have been filed with the Clerk of Court or served on the United States Attorney, and the time for filing a verified statement and answer has expired;

NOW, THEREFORE, **IT IS HEREBY ORDERED** that:

1. Default judgment is entered against Steven Christopher Bickes, and all unknown persons and entities having an interest in the defendant currency;

2. All right, title and interest in the defendant currency in the amount of $12,364.00 is forfeited to the United States of America pursuant to 21 U.S.C. § 881(a)(6); and

3. The defendant currency shall be disposed of by the United States in accordance with the law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 20, 2010
at Minneapolis, Minnesota.

                                                  s/ John R. Tunheim
                                                    JOHN R. TUNHEIM
                                          United States District Judge